**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1817

WAYNE TAYLOR,

　　　　　Plaintiff - Appellant,

　　v.

JO ANNE B. BARNHART, Commissioner of Social Security,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Dennis L. Howell, Magistrate Judge. (1:06-cv-00282-DLH)

Submitted: April 4, 2008　　　　　Decided: April 16, 2008

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER, P.A., Asheville, North Carolina, for Appellant. Gretchen C. F. Shappert, United States Attorney, Sidney P. Alexander, Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Dino Trubiano, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Taylor appeals the magistrate judge's[*] order denying his motion for summary judgment and granting the Commissioner's motion for summary judgment on his claim for disability insurance benefits and supplemental security income under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See <u>Taylor v. Barnhart</u>, No. 1:06-cv-00282-DLH (W.D.N.C. June 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).